David C. Romyn (Bar No. 144602)
**NIDA & ROMYN, P.C.**
**A Professional Law Corporation**
1900 Avenue of the Stars, Suite 650
Los Angeles, California 90067
Telephone:    (310) 286-3400
dromyn@nidaromyn.com

Attorneys for Defendant,
RUDOLPH & SLETTEN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH and SLETTEN, INC. and B.T. MANCINI CO., INC., <br><br> Defendants. | Case No.: 4:20-cv-00810-HSG <br><br> Assigned for All Purposes to: <br> Judge Haywood S. Gilliam, Jr. <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND RUDOLPH & SLETTEN, INC.'S TIME TO RESPOND TO OPPOSITION TO MOTION TO STAY <br><br> Action Filed:    February 3, 2020 <br> Trial Date:      None Set |

## [PROPOSED] ORDER

In accordance with Civil Local Rules 6-1(b), 6-2, and 7-12, and having reviewed the written Stipulation entered into by the parties extending Defendant Rudolph & Sletten, Inc.'s ("Defendant") time to respond to Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA and Lexington Insurance Company (collectively "Plaintiffs") Opposition to Defendant's Motion to Stay, and Declaration of David C. Romyn in support thereof,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation to extend Defendant's time to respond to Plaintiffs' Opposition to Defendant's Motion to Stay is granted.

2. Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Stay is now due May 15, 2020.

/ / /

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____5/14/2020_____

_____
Honorable Haywood S. Gilliam, Jr,
United States District Judge