AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

National Union Fire Insurance Company Of Pittsburgh, PA and Lexington Insurance Company,
           Plaintiff(s),

V.

Rudolph and Sletten, Inc. and B.T. Mancini Co., Inc.,
           Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:20-cv-00810-HSG

Notice is hereby given that, subject to approval by the court, Plaintiffs National Union Fire Insurance Company Of Pittsburgh, PA and Lexington Insurance Company (Party (s) Name) substitutes Andrea M. Hall (Name of New Attorney), State Bar No. 317491 as counsel of record in place of Mandy Chan of DLA Piper, State Bar No. 305602. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Dentons US LLP |
| Address: | 1999 Harrison St., Suite 1300, Oakland, CA 94612 |
| Telephone: | (415) 267-4063    Facsimile (415) 882-0300 |
| E-Mail (Optional): | andrea.hall@dentons.com |

I consent to the above substitution.

Date: February 14, 2024

(Signature of Party (s))
Plaintiffs National Union Fire Insurance Company Of Pittsburgh, PA and Lexington Insurance Company

I consent to being substituted.

Date: November 28, 2023

(Signature of Former Attorney (s))
Mandy Chan

I consent to the above substitution.
Date: February 14, 2024

*Andrea M Hall*
(Signature of New Attorney)
Andrea M. Hall

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/14/2024

Judge
Hon. Haywood S. Gilliam, Jr.

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]