AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

National Union Fire Insurance Company Of Pittsburgh, PA and Lexington Insurance Company,

                Plaintiff (s),

V.

Rudolph and Sletten, Inc. and B.T. Mancini Co., Inc.,

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:20-cv-00810-HSG

Notice is hereby given that, subject to approval by the court, Plaintiffs National Union Fire Insurance Company Of Pittsburgh, PA and Lexington Insurance Company substitutes (Party (s) Name)

Michael Barnes of Dentons US LLP (Name of New Attorney), State Bar No. 121314 as counsel of record in place of Erik D. Buzzard of DLA Piper, State Bar No. 162395. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Dentons US LLP
    Address:    1999 Harrison St., Suite 1300, Oakland, CA 94612
    Telephone:    (415) 882-5007    Facsimile (415) 882-0300
    E-Mail (Optional):    michael.barnes@dentons.com

I consent to the above substitution.

Date: February 14, 2024

(Signature of Party (s))
Plaintiffs National Union Fire Insurance Company Of Pittsburgh, PA and Lexington Insurance Company

I consent to being substituted.

Date: November 27, 2023

(Signature of Former Attorney (s))
Erik D. Buzzard

I consent to the above substitution.
Date: February 14, 2024

(Signature of New Attorney)
Michael Barnes

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/15/2024

Judge
Hon. Haywood S. Gilliam, Jr.

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]