UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH AND SLETTEN, INC., et al.,<br><br>Defendants. | Case No. 20-cv-00810-HSG<br><br>**ORDER DIRECTING PLAINTIFF TO PARTICIPATE IN MEDIATION IN THE UNDERLYING STATE ACTION** |

Plaintiff National Union Fire Insurance Company of Pittsburgh, Pennsylvania is DIRECTED to participate in the upcoming mediation in the underlying case pending in Alameda County Superior Court (*Kaiser Foundation Hospitals v. Rudolph and Sletten, Inc and Does 1-10*, No. RG18911450), or show cause why it should not participate.  If National Union objects to participating, it should submit a filing of no more than two pages explaining why by January 20, 2025.  The Court is of the view that because this case is stayed pending resolution of the state court matter, National Union's participation in the mediation could well advance the resolution of both that case and this one.

**IT IS SO ORDERED.**

Dated: 1/13/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge