MICHAEL BARNES (State Bar No. 121314)
DAVID SIMONTON (State Bar No. 199919)
SAMUEL D. JUBELIRER (State Bar No. 287649)
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, CA  94612
Telephone:    (415) 882-5000
Facsimile:     (415) 882-0300
Email:          michael.barnes@dentons.com
                    david.simonton@dentons.com
                    samuel.jubelirer@denstons.com

Attorneys for Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH AND SLETTEN, INC. and B.T. MANCINI CO., INC.,<br><br>Defendants. | Case No. 4:20-cv-00810-HSG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>*and*<br><br>**ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, having settled their dispute, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own costs and attorneys' fees incurred herein.

**IT IS SO STIPULATED.**

Dated: August 7, 2025                                DENTONS US LLP


By:  */s/ Michael Barnes*
       MICHAEL BARNES

Attorneys for Plaintiffs NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and LEXINGTON INSURANCE COMPANY

Dated: August 7, 2025                                GOODMAN NEUMAN HAMILTON LLP


By:  */s/ Brandt L. Wolkin*
       BRANDT L. WOLKIN
       CATHARINE M. TOLSON

Attorneys for Defendant B.T. MANCINI CO., INC.

Dated: August 7, 2025                                NIDA & ROMYN, P.C.


By:  */s/ David C. Romyn*
       DAVID C. ROMYN

Attorneys for Defendant RUDOLPH AND SLETTEN, INC.

DENTONS US LLP
1999 HARRISON STREET, SUITE 1210
OAKLAND, CALIFORNIA 94612
(415) 882-5000

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 7, 2025            DENTONS US LLP

                                 By: */s/ Michael Barnes*
                                      Michael Barnes

## **ORDER OF DISMISSAL**

Pursuant to the parties' **STIPULATION FOR DISMISSAL WITH PREJUDICE**, and good cause appearing therefor, the Court determines that this action shall be hereby **DISMISSED WITH PREJUDICE** in its entirety, with all parties to bear their own attorneys' fees and costs incurred herein. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: 8/8/2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge